_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
April 26, 2016

Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
Schwartz Flansburg PLLC
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Proposed Attorneys for the Debtor

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re: | ) | Case No.: 16-10008-ABL |
|---|---|---|
| | ) | |
| Elm Uptown Acquisition, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Hearing Date: April 21, 2016 |
| _____ | ) | Hearing Time: 1:30 p.m. |

**ORDER APPROVING MOTION TO DISMISS**

    Elm Uptown Acquisition, LLC, (the "**Debtor**"), by and through their undersigned attorneys of record, Schwartz Flansburg PLLC having filed their Motion to Dismiss (the "**Motion**") and the Court having considered the Motion and finds that the relief requested in the Motion is appropriate and sufficient cause exists to grant the relief; and it appearing that venue of this proceeding and this Motion is proper in this district in accordance with 28 U.S.C. §§ 1408 and 1409; and it appearing that this Court has jurisdiction over the subject matter of the Motion; and it appearing this is a core proceeding pursuant

1

to 11 U.S.C. § 157(b); and due and proper notice of the Motion having been given; and it appearing that no other further notice is necessary; and no opposition having been filed; and the Court finding that the relief requested in the Motion is appropriate, it is hereby:

**ORDERED** that the Motion, is approved; and it is further

**ORDERED** that the Debtor's Chapter 11 cases is dismissed; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Submitted by:

SCHWARTZ FLANSBURG PLLC

By: /s/ Samuel A. Schwartz
Samuel A. Schwartz, Esq.,
Nevada Bar No. 10985
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
Schwartz Flansburg PLLC
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Proposed Attorneys for the Debtor

**SUBMISSION TO COUNSEL FOR APPROVAL PURSUANT TO LR 9021**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____ The court has waived the requirement set forth in LR 9021(b)(1).

_____ No party appeared at the hearing or filed an objection to the motion.

__X__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

_____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of this order.

APPROVED:

DISAPPROVED:

FAILED TO RESPOND:

**ALL PARTIES WAIVED SIGNATURE**

Submitted by:

SCHWARTZ FLANSBURG PLLC

By: /s/ Samuel A. Schwartz
Samuel A. Schwartz, Esq.,
Nevada Bar No. 10985
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
Schwartz Flansburg PLLC
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544/Facsimile: (702) 385-2741
Proposed Attorneys for the Debtor